# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| TREVOR JUSTIN WALKER and ) | CASE NO. 18-10633 |
| MELISSA SUE WALKER, ) | Chapter 7 |
| ) | |
| DEBTORS. ) | |

### ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL ESTATE BY PRIVATE SALE, FREE AND CLEAR OF LIENS, AND TO MAKE PAYMENT OF SECURED AND ADMINISTRATIVE CLAIMS AND CLOSING COSTS

AT FORT WAYNE, INDIANA, ON _____.

Martin E. Seifert, Trustee, having filed his Motion for Authority to Sell Real Estate by Private Sale, Free and Clear of Liens, and to Make Payment of Secured and Administrative Claims and Closing Costs, the Court being advised in the premises, good cause having been shown, appropriate notice having been given, and no objections having been filed,

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. § 363(b)(1) the Trustee is authorized to sell real estate commonly known as 773 N 1100 W, Dunkirk, Indiana 467336 belonging to the estate by private sale, pursuant to the terms of the purchase offer attached to the motion, free and clear of any liens, with liens to attach to proceeds, is further authorized to pay secured and administrative claims and pay customary costs of closing and to sign any documents necessary to effectuate closing and sale of the real estate.

**SO ORDERED**.

_____
**JUDGE, UNITED STATES BANKRUPTCY COURT**